IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL OWUSU-AFRIYIE,<br>Plaintiff | : | No. 1:25cv1281 |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Carlson) |
| CALFUND LLC,<br>Defendant | : | |

## ORDER

On July 16, 2026, the court adopted the report and recommendation ("R&R") of Magistrate Judge Martin C. Carlson recommending the entry of default judgment in favor of plaintiff. (Doc. 17). The court referred the matter back to the magistrate judge to assess the measure of plaintiff's damages. Id. Now before the court is Magistrate Judge Carlson's report and recommendation, (Doc. 22), which recommends granting in part plaintiff's motion to liquidate damages and entering judgment in favor of plaintiff in the amount of $21,850.12.

Magistrate Judge Carlson issued the R&R on October 19, 2026. By statute, objections were due within 14 days. 28 U.S.C. § 636(b)(1)(C). No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt the R&R when no timely objection is filed, the court is prompted to provide "some reasoned consideration" of the dispositive

legal issues raised by the report. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987); see also FED. R. CIV. P. 72, NOTES OF ADVISORY COMMITTEE ON RULES—1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court will adopt the R&R in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 22), is **ADOPTED** in full;

2) Plaintiff's motion to liquidate default judgment, (Doc. 19), is **GRANTED IN PART** in accordance with Magistrate Judge Carlson's report and recommendation;

3) The Clerk of Court is directed to enter judgment in favor of plaintiff in the amount of $21,850.12; and

4) The Clerk of Court is directed to close this case.

Date: 11/3/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**